UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>   v.<br><br>MICHAEL HATTEN,<br><br>            Defendant. | No.  2:02-cr-0047-02 JAM<br><br>**ORDER FOR DISCLOSURE OF PSR**<br><br>**Date:  November 18, 2014**<br>**Time:  9:30 a.m.**<br>**Judge: MENDEZ** |

The Probation Office is hereby directed to provide a copy of the latest presentence report prepared in the captioned case to CJA counsel for his use in connection with the pending supervised release violation petition.

**IT IS SO ORDERED.**

Date: November 12, 2014

                                         /s/ John A. Mendez_____
                                         Hon. John A. Mendez
                                         U.S. District Court Judge